AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Mannes, Paul | 2. Court or Organization<br><br>U.S. Bankruptcy Court MD | 3. Date of Report<br><br>11/04/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>6500 Cherrywood Lane #385<br>Greenbelt, MD 20770 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Provincial Foundation |
| 2. | Committee on Legislation, Memorial Committee | National Conference of Bankruptcy Judges |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mannes, Paul | 11/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ▨ - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mannes, Paul | 11/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mannes, Paul | 11/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | C | Dividend | M | T | | | | | |
| 2. -Charles Schwab Bank Deposit (Settlement Cash Account) (X) | | | | | | | | | |
| 3. -EXWAX (Y) | | | | | | | | | |
| 4. -IXP | | | | | Buy | 09/26/14 | K | | |
| 5. -IVV | | | | | | | | | |
| 6. -JGVAX | | | | | Sold | 09/26/14 | K | C | |
| 7. -OAKIX | | | | | | | | | |
| 8. -WM | | | | | Sold (part) | 04/21/14 | J | A | |
| 9. IRA #2 | D | Dividend | N | T | | | | | |
| 10. -SWSXX (X) | | | | | Sold (part) | 05/06/14 | K | | |
| 11. | | | | | Sold (part) | 10/01/14 | J | | |
| 12. -CVY | | | | | Buy | 06/20/14 | K | | |
| 13. -SCHF | | | | | Buy | 06/20/14 | L | | |
| 14. -SCHV | | | | | Buy | 06/20/14 | L | | |
| 15. -LYB | | | | | Buy | 09/26/14 | K | | |
| 16. -NVS | | | | | Buy | 09/26/14 | K | | |
| 17. -RWO | | | | | Buy | 09/26/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mannes, Paul** | 11/04/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -XLK | | | | | Sold | 06/20/14 | K | D | |
| 19. -UMBWX | | | | | Sold (part) | 06/20/14 | L | D | |
| 20. -VHCOX | | | | | Sold (part) | 04/21/14 | K | D | |
| 21. | | | | | Sold (part) | 06/20/14 | L | E | |
| 22. | | | | | Sold | 09/26/14 | L | E | |
| 23. BROKERAGE ACCOUNT 1 (H) | | | | | | | | | |
| 24. -SWXXX (X) | | None | J | T | Buy (add'l) | 02/26/14 | K | | |
| 25. | | | | | Sold (part) | 03/27/14 | J | | |
| 26. | | | | | Buy (add'l) | 07/22/14 | J | | |
| 27. -ALLE | | None | | | Sold | 09/26/14 | J | C | |
| 28. -COP | B | Dividend | K | T | Buy (add'l) | 07/25/14 | J | | |
| 29. -COST | A | Dividend | L | T | | | | | |
| 30. -DOW | A | Dividend | K | T | Buy | 06/20/14 | L | | |
| 31. -H | | None | K | T | Buy | 03/26/14 | K | | |
| 32. -IAT (X) | A | Dividend | K | T | | | | | |
| 33. -IR | A | Dividend | K | T | | | | | |
| 34. -IP | B | Dividend | | | Sold | 06/20/14 | L | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mannes, Paul | 11/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -LYV | | None | K | T | Buy | 01/17/14 | K | | |
| 36. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 37. -MAPIX | A | Dividend | K | T | | | | | |
| 38. -NLY | A | Dividend | J | T | Sold (part) | 01/17/14 | K | | |
| 39. -PG | A | Dividend | K | T | | | | | |
| 40. -PSX | A | Dividend | K | T | | | | | |
| 41. -SCHF (X) | B | Dividend | K | T | | | | | |
| 42. -TLF | A | Dividend | J | T | | | | | |
| 43. -TWX (X) | A | Dividend | L | T | | | | | |
| 44. -VIAB | A | Dividend | | | Sold | 09/26/14 | K | | |
| 45. -VISGX | A | Dividend | K | T | | | | | |
| 46. -VISVX | A | Dividend | K | T | | | | | |
| 47. -VTI | B | Dividend | L | T | | | | | |
| 48. -WDC | | None | K | T | Buy | 09/26/14 | K | | |
| 49. -WM (X) | A | Dividend | K | T | | | | | |
| 50. -WWWFX | C | Dividend | L | T | | | | | |
| 51. -XLI | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mannes, Paul | 11/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BROKERAGE ACCOUNT # 2 (H) | | | | | | | | | |
| 53. -SWXXX (X) | | None | K | T | Sold (part) | 03/20/14 | K | | |
| 54. | | | | | Sold (part) | 03/21/14 | J | | |
| 55. | | | | | Buy (add'l) | 03/25/14 | J | | |
| 56. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 57. | | | | | Sold (part) | 04/01/14 | J | | |
| 58. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 59. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 60. | | | | | Sold (part) | 10/06/14 | J | | |
| 61. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 62. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 63. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 64. -ADM | A | Dividend | L | T | | | | | |
| 65. -BA | A | Dividend | K | T | Buy | 01/17/14 | K | | |
| 66. -CA | B | Dividend | K | T | | | | | |
| 67. -HD | A | Dividend | K | T | | | | | |
| 68. -RTN | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mannes, Paul | 11/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -RYT | A | Dividend | K | T | Buy (add'l) | 01/17/14 | J | | |
| 70. -SCHF | B | Dividend | K | T | | | | | |
| 71. -T | B | Dividend | | | Sold | 01/17/14 | K | C | |
| 72. -VGHCX | E | Dividend | M | T | | | | | |
| 73. -MDISX | D | Dividend | M | T | | | | | |
| 74. -MQIFX | A | Dividend | J | T | Sold (part) | 06/20/14 | K | C | |
| 75. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 76. -SWXXX (X) | | None | K | T | | | | | |
| 77. -OAKGX | E | Dividend | M | T | | | | | |
| 78. -VEIEX | B | Dividend | K | T | | | | | |
| 79. -VHGEX | B | Dividend | L | T | | | | | |
| 80. -APL | D | Dividend | L | T | | | | | |
| 81. -BRK.A | | None | M | T | | | | | |
| 82. -BRKB (X) | | None | K | T | | | | | |
| 83. -EPD | C | Dividend | L | T | | | | | |
| 84. -UTF | C | Dividend | | | Sold | 01/17/14 | K | D | |
| 85. -XLK | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mannes, Paul | 11/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -WSSC BOND | B | Interest | | | Matured | 06/01/14 | K | | |
| 87. -MD. STATE BOND GO | B | Interest | | | Matured | 08/01/14 | K | | |
| 88. -MDXBX (Y) | | | | | | | | | |
| 89. -MWLDX | | None | | | Buy | 01/17/14 | K | | |
| 90. | | | | | Sold | 03/17/14 | K | A | |
| 91. -PRWCX (Y) | | | | | | | | | |
| 92. -TRSGX (Y) | | | | | | | | | |
| 93. G W & K MUNICIPAL BOND FUND | E | Interest | N | T | | | | | |
| 94. Wendtwo LP | C | Distribution | K | W | | | | | |
| 95. Potomac Timber Inv. LLC (Y) | | | | | | | | | |
| 96. Citibank | | None | K | T | | | | | |
| 97. Bank of America | | None | K | T | | | | | |
| 98. Municipal Bonds (H) | | | | | | | | | |
| 99. -Schwab One Interest (cash settlement account) (X) | | None | J | T | | | | | |
| 100. -AZ WTR INFRASTRUC (X) | | None | | | Sold | 02/20/14 | J | A | |
| 101. -CALIFORNIA ST GO LTX (X) | A | Interest | J | T | | | | | |
| 102. -CALIFORNIA ST VP (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mannes, Paul | 11/04/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -CHICAGO O'HARE AR (X) | A | Interest | | | Sold | 12/17/14 | J | A | |
| 104. -COL SPRINGS UTIL COMB (X) | A | Interest | J | T | | | | | |
| 105. -ENERGY NW WA UTIL ELEC | | None | J | T | Buy | 12/17/14 | J | | |
| 106. -FLORIDA STATE DB LTX (X) | A | Interest | J | T | | | | | |
| 107. -KANSAS DEPT TRANS HWY (X) | A | Interest | J | T | | | | | |
| 108. -LOUISIANA ST GAS & FUELS TAX (X) | A | Interest | J | T | | | | | |
| 109. MASS HEALTH EDL RES (X) | A | Interest | J | T | | | | | |
| 110. -MARYLAND DEPT TR COMB (X) | A | Interest | J | T | | | | | |
| 111. -MET ST LOUIS UTIL SWR (X) | A | Interest | J | T | | | | | |
| 112. -MET TRANS AUTH COMB (X) | A | Interest | J | T | | | | | |
| 113. -METRO WTR DIST S UTIL (X) | A | Interest | J | T | | | | | |
| 114. -MICHIGAN FIN AUTH SPLO (X) | A | Interest | J | T | | | | | |
| 115. -MISSISSIPPI DEV BAN TRAN HWY SPLO | A | Interest | J | T | Buy | 02/24/14 | J | | |
| 116. -NCAROLINA MUNI PW UTIL ELEC (X) | A | Interest | J | T | | | | | |
| 117. -NEW JERSEY ECON DEV SCH | A | Interest | J | T | Buy | 03/07/14 | J | | |
| 118. -CITY OF NEW YORK GO UTX (X) | A | Interest | J | T | | | | | |
| 119. -NEW YORK CITY TF TAX COMB (X) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mannes, Paul | 11/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -OREGON ST DEPT ADMN VP (X) | A | Interest | J | T | | | | | |
| 121. -PHOENIX CIVIC IMP UTIL (X) | A | Interest | J | T | | | | | |
| 122. -COUNTY OF PIMA UTIL SWR (X) | A | Interest | J | T | | | | | |
| 123. -CITY OF SAN DIEGO UTIL WTR (X) | A | Interest | J | T | | | | | |
| 124. -CITY OF SEATTLE UTIL SWR (X) | A | Interest | J | T | | | | | |
| 125. -CLARK COUNTY TAX (X) | A | Interest | | | Sold | 07/08/14 | J | B | |
| 126. -DORMITORY AUTH NE GP (X) | A | Interest | | | Sold | 03/25/14 | J | A | |
| 127. -TAMPA BAY WATER UTIL (X) | A | Interest | J | T | | | | | |
| 128. -VA PUB BLDG AUTH (X) | A | Interest | J | T | | | | | |
| 129. -VERMONT MUNI BOND MUBB (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mannes, Paul** | 11/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Assets with (X) were not on prior report but held; not reported in 2013 (and prior reports) as oversight. Please accept this information to amend my previous applicable reports.

Brk # 1:  IAT was acquired 3/11/13 value K

Brk # 1:  SCHF was acquired 6/24/13 value K

Brk # 1: TWX was acquired 3/11/13 value K

Brk # 1: WM was acquired 9/23/13 value K

AZ WTR INFRASTRUC was acquired 7/8/09 value J

CHICAGO O'HARE AR was acquired 10/4/13 value J

CITY OF NEW YORK GO UTX was acquired 5/21/09 value J

CITY OF SAN DIEGO UTIL WTR was acquired 6/17/09 value J

CITY OF SEATTLE UTIL SWR was acquired 6/11/12 value J

CLARK COUNTY TAX was acquired 5/5/9 value J

COL SPRINGS UTIL COMB was acquired 12/17/10 value J

COUNTY OF PIMA UTIL SWR was acquired 7/23/13 value J

DEPT ST LOUISIANA TAX MTR was acquired 5/3/12 value J

DORMITORY AUTH NE GP was acquired 10/8/10 value J

MARYLAND DEPT TRAN COMB was acquired 5/7/9 value J

MASS HEALTH EDL RES was acquired 5/7/9 value J

MET ST LOUIS UTIL SWR was acquired 8/10/12 value J

MET TRAN AUTH COMB was acquired 6/29/12 value J

METRO WTR DIST S UTIL WTR was acquired 6/5/09 value J

MICHIGAN FA SPLO was acquired 6/13/12 value J

NCAROLINA MUNI PW UTIL ELEC was acquired 9/10/09 value J

NEW YORK CITY TF TAX COMB was acquired 2/3/11 value J

PHOENIX CIVIC IMP UTIL was acquired 11/1/11 value J

STATE OF CALIFOR VP was acquired 8/20/09 value J

STATE OF CALIFORN GO LTX was acquired 11/23/10 value J

STATE OF FLORIDA DB LTX was acquired 5/8/12 value J

STATE OF OREGON VP was acquired 4/9/12 value J

TAMPA BAY WATER UTIL WTR was acquired 7/19/11 value J

VA PUB BLDG AUTH was acquired 5/26/09 value J

VERMONT MUNI BOND MUBB was acquired 7/15/09 value J

| Name of Person Reporting | Date of Report |
|---|---|
| Mannes, Paul | 11/04/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul Mannes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544